**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    In re Tami C. Pierce and Cynthia Siegel

Appellate case number:    01-22-00005-CV

Trial court case number:

Trial court:               180th District Court of Harris County

      Real Party in Interest, the Honorable DaSean Jones, filed an Unopposed Emergency Request for Extension of Time in which to file his brief in response to the petition for writ of mandamus filed by Relators Tami C. Pierce and Cynthia Siegel.  Real party's motion is **granted.** Real party's response brief is due **February 7, 2022**.

      It is so ORDERED.


Judge's signature: <u>/s/ Veronica Rivas-Molloy</u>
                      Acting individually


Date:   <u>January 27, 2022</u>